| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | ANGELA L. SCOTT<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>MANUELA GUADALUPE LIZARRAGA-HERNANDEZ,<br><br>              Defendant. | CASE NO. 5:15-mj- 00053-JLT<br><br>REQUEST TO UNSEAL COMPLAINT AND AFFIDAVIT |

**<u>REQUEST TO UNSEAL</u>**

The complaint in the above-captioned matter was executed on 11/2/2015. A federal grand jury indictment for MANUELA GUADALUPE LIZARRAGA HERNANDEZ was obtained on 11/12/2015. As a result, there is no need for the complaint and supporting affidavit to remain under seal. Accordingly, the United States asks that the Court order that the complaint, supporting affidavit, and related case filings be unsealed.

Dated:  November 13, 2015                             BENJAMIN B. WAGNER
                                                                              United States Attorney


                                                                       By:    /s/ ANGELA L. SCOTT
                                                                              ANGELA L. SCOTT
                                                                              Assistant United States Attorney

BENJAMIN B. WAGNER
United States Attorney
ANGELA L. SCOTT
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUELA GUADALUPE LIZARRAGA-HERNANDEZ,<br><br>Defendant. | CASE NO. 5:15-mj- 00053-JLT<br><br>REQUEST TO UNSEAL COMPLAINT AND AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

IT IS SO ORDERED.

Dated:  **November 13, 2015**

_____
UNITED STATES MAGISTRATE JUDGE